# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2014

## NO. 03-11-00258-CV

**Randall Holt and Judy Holt, Appellants**

**v.**

**Sondra Kelso, Independent Administrator of the Estate of Helen Jones Schweng, Deceased, Appellee**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, HENSON, AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN;
JUSTICE HENSON NOT PARTICIPATING**

This is an appeal from the judgment signed by the trial court on June 25, 2010. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.